THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERMAN BARMORE, Appellant, *v.* JOHN F. FOSTER, as Warden of Auburn State Prison, et al., Respondents.

Submitted May 31, 1949; decided June 3, 1949.

*Nathaniel L. Goldstein, Attorney-General (William S. Elder* of counsel), for motion.

*Herman Barmore* in person, opposed.

Motion granted and appeal dismissed.